IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHUAYB GREENAWAY,
    Plaintiff,

v.

THOMAS K. FINLETTER SCHOOL, et al.,
    Defendants.

CIVIL ACTION NO. 25-CV-5727

## ORDER

AND NOW, this 7th day of January 2026, upon consideration of Plaintiff Shuayb Greenaway's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Greenaway's Complaint (ECF No. 2) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

    a. All claims raised on behalf of N.G. are **DISMISSED WITHOUT PREJUDICE**.

    b. All claims barred by the *Rooker-Feldman* doctrine are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

    c. All claims raised pursuant to the Individuals with Disabilities Education Act on Greenaway's behalf are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

        d. All remaining claims are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

4. The Clerk of Court is **DIRECTED** to restrict access to Greenaway's Complaint (ECF No. 2) to public terminal users only[1] because it contains Personally Identifiable Information ("PII"). Pursuant to this Court's Local Rule 5.1.3., "[a]s documents in civil cases are publicly viewable (unless filed under seal), personal identifiers such as Social Security numbers, dates of birth, financial account numbers and names of minor children must be modified or partially redacted in all documents filed electronically or in paper."

5. The Clerk of Court shall **CLOSE** this case.

                                                          **BY THE COURT:**

                                                  */s/ Kai N. Scott*

                                                  **KAI N. SCOTT, J.**

---

[1] This limits viewing of this document electronically on ECF to court users, case participants, and those using the court computer in the Clerk's Office.